IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| CALDWELL-BAKER COMPANY, et al., | ) | |
| | ) | |
| Appellants, | ) | |
| | ) | |
| vs. | ) | Case No. 04-CV-0611-JPG |
| | ) | |
| SOUTHERN ILLINOIS RAILCAR COMPANY, et al., | ) | Bankruptcy Appeal |
| | ) | |
| | ) | |
| Appellees. | ) | |

## JUDGMENT

In accordance with the Order entered this day, this action is **DISMISSED** with prejudice.

NORBERT G. JAWORSKI, CLERK OF COURT

**January 17, 2007.**            By:s/Deborah Agans
*Date*                              *Deputy Clerk*

Approved: *s/ J. Phil Gilbert*            EOD: 1/17/07